IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ENTERPRISE HOLDINGS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:11cv431 (LMB/TCB) |
| ) | |
| ENTERERISE.COM, et al. ) | |
| ) | |
| Defendants. ) | |

### ORDER

The plaintiff in this in rem action, Enterprise Holdings, Inc., has filed a Motion for Default Judgment [Dkt. No. 10] against defendants ENTERERISE.COM, ENTERSPRISE.COM, ENTERJPRISE.COM, ENTERTRISE.COM, ENTERPISE.COM, and ENTERPRSIE.COM, alleging that those domain names are confusingly similar to the plaintiff's trademark and its website, and that they therefore violate the AntiCybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(2). Plaintiff seeks judgment in its favor and a permanent injunction directing that ownership of the allegedly infringing domain names be transferred to the plaintiff.

A hearing was held on the plaintiff's Motion for Default Judgment on June 3, 2011, but no representative for the defendants appeared or otherwise responded. On July 20, 2011, a Report and Recommendation [Dkt. No. 14] was issued by the Honorable Theresa C. Buchanan, United States Magistrate Judge, recommending that the Court grant the plaintiff's motion and that default judgment be entered in favor of the plaintiff with respect to all of the defendant domain names. The magistrate judge further recommended that the ".com"

registry with which those domain names are registered, Verisign, Inc., be required to transfer ownership of the infringing domain names to the plaintiff pursuant to 15 U.S.C. § 1125(d)(1)(C).

The Report and Recommendation explicitly advised the parties that in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b), any objections to the Report had to be filed within fourteen (14) days of its service, and that a failure to file timely objections would waive appellate review of any judgment entered on the basis of the recommendations contained therein. As of August 9, 2011, no objections to the Report and Recommendation have been filed.

Having carefully reviewed the Report and Recommendation, the Court finds that it is accurate in all material respects. The factual findings and legal reasoning in the Report and Recommendation are therefore adopted by this Court as its own, and it is hereby

ORDERED that plaintiff's Motion for Default Judgment [Dkt. No. 10] be and is GRANTED; and it is further

ORDERED that default judgment be and is entered in favor of the plaintiff with respect to the domain names ENTERERISE.COM, ENTERSPRISE.COM, ENTERJPRISE.COM, ENTERTRISE.COM, ENTERPISE.COM, and ENTERPRSIE.COM, for violations of the AntiCybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d)(2); and it is further

ORDERED that Verisign, Inc. transfer ownership of the infringing domain names ENTERERISE.COM, ENTERSPRISE.COM, ENTERJPRISE.COM, ENTERTRISE.COM, ENTERPISE.COM, and ENTERPRSIE.COM

from their current registrants to the plaintiff pursuant to 15 U.S.C. § 1125(d)(1)(C).

The Clerk is directed to forward copies of this Order to counsel of record; to Verisign, Inc. at 21345 Ridgetop Circle, Sterling, Virginia 20166; and to the current owners of each defendant domain name at the following addresses:

>    HEMANG INFRASRUCTURE PRIVATE LIMITED
>    BLOCK NO 2, 3RD FLOOR,
>    ABBAS MANZIL, OPP CIGARATE FACTORY,
>    SAHAR ROAD, ANDHERI EAST,
>    MUMBAI, MAHARASHTRA, 400099 INDIA
>
>    CYBER DOMAIN SERVICES PVT. LTD.
>    MUMBAI, MAHARASHTRA, 400000 INDIA
>
>    RAKSHITA MERCANTILE PRIVATE LIMITED
>    11 MINISTRY INDUSTRIAL COMPLEX, MIDC,
>    CROSSROAD A, ANDHERI EAST
>    MUMBAI, MAHARASHTRA, 400063 INDIA

Entered this 9th day of August, 2011.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge